**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CLASEN,<br><br>                Plaintiff,<br><br>    v.<br><br>SKYWEST AIRLINES, INC.,<br><br>                Defendant. | Case No.: ED CV 19-460-DMG (KKx)<br><br>**JUDGMENT** |

This Court having granted Defendant SkyWest Airlines, Inc.'s Motion for Summary Judgment by Order dated November 19, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Donna Clasen.

**IT IS SO ORDERED.**

DATED: November 19, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE